UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALLISON HALEY WEST-LUFFMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00096 |
| | ) |
| MICHAEL E. RUFF and | ) |
| ESCATON, LLC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 114) recommending that the Court grant in part Defendant Escaton LLC's ("Escaton") Motion for Attorney Fees (Doc. No. 101). Neither party filed an objection to the R&R. When neither party objects to the R&R within 14 days of service, the Court is not required to review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Regardless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

Accordingly, the R&R (Doc. No. 114) is **APPROVED AND ADOPTED**, and Escaton's Motion for Attorney's Fees (Doc. No. 101) is **GRANTED IN PART**. Escaton shall be awarded attorney fees in the amount of $48,869.10.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE